
RECEIVED
IN MONROE, LA
JAN 0 5 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| TWIST REALTY, L.P. | CIVIL ACTION NO. 08-1136 |
| VERSUS | JUDGE ROBERT G. JAMES |
| STARBUCKS CORPORATION | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 42], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Twist Realty, L.P.'s ("Twist") Motion for Partial Summary Judgment as to Liability for Lease Payments [Doc. No. 9] is GRANTED IN PART, and judgment is entered in favor of Twist declaring that Defendant Starbucks Corporation has breached and defaulted upon its payment obligations under the June 11, 2007 Commercial Lease.

Twist's Motion is otherwise DENIED.

MONROE, LOUISIANA, this _2_ day of January, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE